## Anthony SCIACCA, et al.

v.

## Gloria CARUSO, et al.

### No. 99–444–A.

Supreme Court of Rhode Island.

Feb. 11, 2000.

Joseph A. Sciacca, Cranston.

Robert S. Ciresi, North Providence, John M. Verdecchia, Cranston.

### ORDER

The plaintiffs, Anthony Sciacca, Richard Loffredo, Silvio Mollicone, and Ernest Berube, have appealed from an order of the Superior Court denying their appeal from a decision of the Johnston zoning board of review. Review of such a zoning board decision may only be secured by petition for common law writ of certiorari. See, e.g. *Gabriele v. Rocchio*, 665 A.2d 566, 566 (R.I.1995) (per curiam); *Blackstone Park Improvement Ass'n v. State*, 448 A.2d 1233, 1241 n. 6 (R.I.1982); *Bassi v. Zoning Board of Review of Providence*, 107 R.I. 702, 705–06, 271 A.2d 210 (1970).

Accordingly, the plaintiffs' appeal is denied and dismissed as procedurally improper.